# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROSALINDA RAMOS, an individual,
    PLAINTIFF

v.

TACOMA COMMUNITY COLLEGE,
a municipal corporation in the State
of Washington,
MARLENE BOSANKO,
an individual,
    DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C06-5241FDB

\_\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's motion  for Summary Judgment is  (Dkt. #32) is GRANTED and

this case is DISMISSED in  its entirety.

July 30, 2007                                                                                               BRUCE RIFKIN
                                                                                                             Clerk

                                                                             /s/  Pat Lefrois
                                                                         Deputy Clerk